UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW JAMES LINDSEY, ESQ., <br><br> Plaintiff, <br><br> v. <br><br> DAVID SHORE, et al., <br><br> Defendants. | CASE NO. C17-1841JLR <br><br> ORDER DISMISSING ACTION |

On January 12, 2018, the court issued an order dismissing Plaintiff Matthew James Lindsey, Esq.'s[1] complaint pursuant to 28 U.S.C. § 1915(e)(2)(B). (*See* Order (Dkt. # 5).) The court granted Mr. Lindsey leave to file an amended complaint within 14 days that corrected the deficiencies in his complaint. (*Id.* at 6.) The court warned Mr. Lindsey that if he failed to timely comply with the court's order to file an amended complaint, the

---

[1] In the caption to his complaint, Mr. Lindsey refers to himself as Matthew James Lindsey, Esq. (Compl. (Dkt. # 4) at 1; *see also id.* at 6.) However, in the body of his complaint, Mr. Lindsey also refers to himself as Matthew James Lindsey Shore. (*See id.* at 1, 3.)

court would dismiss his complaint without leave to amend. (*Id.*) More than 14 days has passed since the court issued its January 12, 2018, order. Mr. Lindsey has failed to file an amended complaint. (*See generally* Dkt.) Accordingly, the court DISMISSES Mr. Lindsey's complaint without prejudice and without leave to amend.

Dated this 7th day of February, 2018.

JAMES L. ROBART
United States District Judge